# Renewal Texas HO-A-Plus Homeowners declarations page

Your policy effective date is August 8, 2016


You're in good hands.

Page **1** of 3

Information as of June 23, 2016

## Summary Allstate Classic

Named Insured(s)
**Antonio Cantu Sr and Wife Mary D**

Mailing address
**417 Martens Drive**
**Laredo TX 78041-6052**

Policy number
**229 195 926**

Your policy provided by
**Allstate Texas Lloyd's**
A Lloyd's Company
8701 N. Freeport Pkwy. Irving, TX 75063-1908

Policy period
Begins on **August 8, 2016** through **August 8, 2017** at 12:01 A.M. standard time, at the location of the Residence Premises/Dwelling

Premium period
Beginning **August 8, 2016** through **August 8, 2017** at 12:01 A.M. standard time

Your Allstate Texas Lloyd's agency is
**Marcus Moreno**
709 E Calton 106
Laredo TX 78041
(956) 723-8591
MarcusMoreno2@allstate.com

## Residence Premises / Dwelling

417 Martens Drive, Laredo, TX 78041-6052

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

TX070RBD



Renewal Texas HO-A-Plus Homeowners declarations page  
Policy number: **229 195 926**  
Policy effective date: August 8, 2016

Page **2** of 3

## Coverage detail for the property insured

| Coverage<br>(Other Coverages, Limits and Exclusions apply - Refer to your Policy) | | Limits of Liability | Premium |
|---|---|---|---|
| **Section I** | **Property** | | |
| Coverage A. | Dwelling | $275,000 | |
| | Other Structures | $27,500 | |
| Coverage B. | Personal Property | $146,200 | |

- Texas Homeowners Policy – Form A
- Additional Extended Coverage With Limited Fungi, Other Microbes or Rot Remediation – HO-470T
- Residence Glass Coverage Endorsement – HO-105
- Texas Replacement Cost For Personal Property – AP1205
- Texas Amendatory Endorsement – AP1206-1
- Cancellation – HO-712
- Amendatory Endorsement – AP4819

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Please note: This is not a request for payment. Your bill will be mailed separately.

*(continued)*

Renewal Texas HO-A-Plus Homeowners declarations page
Policy number: 229 195 926
Policy effective date: August 8, 2016

Page **3** of 3



Allstate
You're in good hands.

## Important payment and coverage information (continued)

▶ If, however, you would like to make a payment by credit card (Visa/MasterCard/Discover) or Check-By-Phone, please call 1-800-357-5092.

**Allstate Texas Lloyd's** has caused this policy to be signed by two of its officers at Irving, Texas, and if required by state law, this policy shall not be binding unless countersigned on the Declarations Page by an authorized agent of **Allstate Texas Lloyd's.**

James Haskins
President

Susan L. Lees
Secretary



TX070RBD