UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| ANTONIO CANTU AND | § |
| MARY CANTU | § |
| | § |
| | § |
| VS. | § Civil Action No. 5:19-cv-00095 |
| | § |
| | § |
| ALLSTATE VEHICLE AND | § |
| PROPERTY INSURANCE COMPANY | § |

**UNOPPOSED MOTION FOR ENTRY OF JUDGMENT
PURSUANT TO RULE 68**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs Ramiro Garces and Maria Garces, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, file this motion for entry of judgment against Defendant State Farm Lloyds ("Defendant") for the sum of $7,300.00, inclusive of attorney fees and costs now accrued, and state the following in support:

1. On May 21, 2020, Defendant submitted an Offer of Judgment to Plaintiffs pursuant to Fed. R. Civ. P. 68, a copy of which is attached and made a part of this motion.

2. On May 29, 2020, Plaintiffs timely accepted Defendant's Offer of Judgment in writing, a copy of which is attached and made a part of this motion.

3. In accordance with Fed. R. Civ. P. 68, Plaintiffs now requests that the Court enter judgment based on the above-mentioned Offer and Acceptance, for the sum of $22,000.00, inclusive of attorney fees and costs now accrued.

1

WHEREFORE, Plaintiffs requests the entry of a judgment against Defendant State Farm Lloyds for the sum of $22,000.00, and that execution issue immediately.

Dated: June 16, 2020

Respectfully submitted,

/s Omar Ochoa
Omar Ochoa
*Attorney-in-Charge*
S.D. Tex. Bar No. 2081960
121 N. 10th Street
McAllen, Texas 78501
Telephone: (956) 630-3266
oochoa@omarochoalaw.com

Victor Rodriguez
*Of-Counsel*
S.D. Tex. Bar No. 562260
121 N. 10th Street
McAllen, Texas 78501
Telephone: (956) 630-3266
victor@vrodriguezlaw.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF CONFERENCE

I certify that on June 16, 2020, I conferred with counsel for Defendant regarding the relief requested herein, and counsel for Defendant stated that Defendant was not opposed to the requested relief.

/s Victor Rodriguez
Victor Rodriguez, Jr.

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing document was field via the clerk's electronic filing and case management system on June 16, 2020. All parties will receive notice via same.


                                      /s Victor Rodriguez
                                      Victor Rodriguez, Jr.